# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1411
_____

KENNETH CHAKY,

Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela Cote Dempsey, Judge.

June 12, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROWE and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth Chaky, pro se, Appellant.

Rana Marie Wallace, General Counsel, and Mark Jerry Hiers, Deputy General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellee.